617 A.2d 1215

BOARD OF EDUCATION OF THE BOROUGH OF ENGLEWOOD CLIFFS, BERGEN COUNTY v. BOARD OF EDUCATION OF THE CITY OF ENGLEWOOD, BERGEN COUNTY, v. BOARD OF EDUCATION OF THE BOROUGH OF TENAFLY, BERGEN COUNTY.

November 5, 1992.

ORDER

Leave to appeal is granted. *See,* 257 *N.J.Super.* 413, 608 *A.*2d 914 (App.Div.1992).

617 A.2d 1216

BOARD OF EDUCATION OF THE BOROUGH OF ENGLEWOOD CLIFFS, BERGEN COUNTY, v. BOARD OF EDUCATION OF THE CITY OF ENGLEWOOD, BERGEN COUNTY v. BOARD OF EDUCATION OF THE BOROUGH OF TENAFLY, BERGEN COUNTY.

November 5, 1992.

ORDER

Leave to appeal is granted.

617 A.2d 1216

STATE OF NEW JERSEY v. TATSUFUYU WATANABE.

November 5, 1992.

ORDER

Leave to appeal is granted, and the order of the Appellate Division dated October 21, 1992, granting defendant's application for post-conviction bail is summarily reversed and the